UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURINDER GREWALL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT BROWN; and DOES 1-10,<br><br>　　　　　　　Defendants. | No. 1:17-cv-00477-DAD-MJS<br><br>ORDER TRANSFERRING CASE |

On April 4, 2017, defendant removed this action from the San Joaquin County Superior to this court. (Doc. No. 1.) However, pursuant to Local Rule 120(d), proper venue in this action lies in the Sacramento Division of this court. Accordingly, the Clerk of the Court is directed to transfer this action to the Sacramento Division. *See* Local Rule 120(f).

IT IS SO ORDERED.

Dated:   **April 5, 2017**　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1